# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**REGINALD SHERROD WILLIAMS,**

    **Petitioner,**

**v.**                           **Case No. 3:22-cv-2657-LC-MJF**

**RICKY D. DIXON,**

    **Respondent.**
_____/

## **ORDER**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 30, 2022. ECF No. 14. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

*Page 2 of 2*

1. The Magistrate Judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 12, is **GRANTED**.

3. The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Reginald Sherrod Williams*, Escambia County Circuit Court Case No. 2014-CF-5567, is **DISMISSED with prejudice** as time-barred.

4. A certificate of appealability is **DENIED**.

5. The Clerk of Court is directed to close the file.

**DONE AND ORDERED** this 29th day of September, 2022.

    s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**